Claus A. HARWICK and one, respts., v. CAMDEN WATER WHEEL WORKS, applt. (Supreme Court, Appellate Division, Fourth Department. May 10, 1916.) Order affirmed, with $10 costs and disbursements. All concur.

HARWOOD–BARLEY MFG. CO., Applt., v. Charles B. WIGGINS et al., Respts. (Supreme Court, Appellate Division, First Department. June 2, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Henry P. HATCH et al. v. Otto C. HEINZE et al. (Supreme Court, Appellate Division, First Department. May 12, 1916.) Motion denied, with $10 costs. Order filed.

Jennie HAZEL, etc., respondent, v. GOLDEN EAGLE ASSOCIATION, appellant. (Supreme Court, Appellate Division, Second Department. May 19, 1916.) Application denied, with $10 costs.

H. BATTERMAN COMPANY, appellant, v. BARWIN REALTY COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. June 16, 1916.) Order modified, so as to sustain the demurrer to the second defense, and so as to give to the plaintiff leave within 20 days to serve an amended complaint as it may be advised, upon payment of the costs of the action to date, without costs of the appeal, and, as so modified, affirmed, without costs, upon the ground that we consider that under Giles v. Austin, 62 N. Y. 486, the plaintiff should be permitted to maintain this action if any substantial facts establishing its alleged equity to be relieved from forfeiture, if such be proven, occurred after the service of the supplemental answer in the ejectment action. If, however, the defendant elect at the settlement of the order hereon to give in the ejectment action a stipulation that the defendant therein may, within 20 days, make and serve in that action a supplemental answer as it may be advised, such leave to serve an amended complaint herein need not be given. Jenks, P. J., and Thomas, Carr, Mills, and Rich, JJ., concur.

Joseph HENSLER, respt., v. The R. T. FORD CO., applt. (Supreme Court, Appellate Division, Fourth Department. May 17, 1916.) Judgment and order affirmed with costs. All concur.

Jennie HERPE, Respt., v. The GERMAN SAVINGS BANK OF BROOKLYN, impld., etc., Applt. (Supreme Court, Appellate Division, First Department. May 19, 1916.) Judgment affirmed, with costs. No opinion. Scott, J., dissenting. Order filed.

Orrigen B. HERRICK, respt., v. Wilbert L. SMITH and one, as execrs., etc., applts. (Supreme Court, Appellate Division, Fourth Department. April 19, 1916.) Judgment affirmed with costs. All concur, except Merrell, J., who dissents.

Frank HERRIMAN, respt., v. Henry L. ROBINSON, applt. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Order reversed and motion for new trial granted, with costs to appellant to abide event. All concur.

Samuel HERTZ v. George A. WHEELOCK (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion denied, with $10 costs. Order filed.

Samuel HERTZ v. George A. WHEELOCK (Supreme Court, Appellate Division, First Department. May 26, 1916.) Motion for stay denied, with $10 costs. Order filed.

In the Matter of Elbert V. HETFIELD, an Attorney at Law. (Supreme Court, Appellate Division, Fourth Department. July 6, 1916.) Report of referee confirmed and order of disbarment entered. All concur.

Ottillie HEUMAN v. M. H. POWERS CO. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Application granted. Order signed.

H. G. VOGEL CO. v. NAT. LACE & EMBROIDERY CO. (Supreme Court, Appellate Division, First Department. June 30, 1916.) Application denied, with $10 costs. Order signed.

John W. HILBERG, respt., v. ERIE R. R. CO., applt. (Supreme Court, Appellate Division, Fourth Department. June 15, 1916.) Judgment and order affirmed with costs. All concur.

In the matter of the claim of Ella HILL for compensation under the Workmen's Compensation Law, respt., v. NEW YORK CONSOLIDATED RAILROAD COMPANY, employer and self-insurer, applt. (Supreme Court, Appellate Division, Third Department. June 30, 1916.) Award unanimously affirmed.

Etta G. HINAMAN, as administratrix, etc., of William Hinaman, deceased, respondent, v. ERIE RAILROAD COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. June 9, 1916.) Judgment and order unanimously affirmed, with costs. No opinion.

Anna M. HIRST, Respt., v. SPERRY & HUTCHINSON CO., Applts. (Supreme Court, Appellate Division, First Department. June 9, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

Thomas C. HOBSON, appellant, v. William LINDER, respondent. (Supreme Court, Appellate Division, Second Department. June 23, 1916.) Order of the County Court of Kings County affirmed, with $10 costs and disbursements, on the authority of Hempstead v. White Sewing Machine Co., 134 App. Div. 575, 119 N. Y. Supp. 620. Jenks, P. J., and Thomas, Carr, Stapleton, and Putnam, JJ., concur.

May A. HOFFMAN, appellant, v. Sarah C. DAVIS et al., respondents. Appeals Nos. 1 and 2. (Supreme Court, Appellate Division, Second Department. November 19, 1915.) Or-